DISMISSAL FORM FOR CIVIL CASES ON ANT'S MOTION /SETTLEMENT 




 NO. 12-03-00383-CV



IN THE COURT OF APPEALS



TWELFTH COURT OF APPEALS DISTRICT



TYLER, TEXAS




METAL BUILDINGS BY

MCM, INC.,
§
 APPEAL FROM THE 

APPELLANT


V.
§
 COUNTY COURT OF LAW NO. 3 


QUANG TRAN AND

QUYEN NGUYEN, §
 SMITH COUNTY, TEXAS

APPELLEES






MEMORANDUM OPINION


PER CURIAM


 Appellant has filed a Request for Dismissal of Appeal, and all other parties to the appeal have
been given notice of the filing of this motion. That motion has been signed by Appellant's counsel
and represents that the parties have reached an agreement that disposes of all issues presented for
appeal. Because Appellant has met the requirements of Tex. R. App. P. 42.1(a)(2), the motion is
granted, and the appeal is dismissed. 

Opinion delivered March 17, 2004.

Panel consisted of Worthen, C.J., Griffith, J., and DeVasto, J.







(PUBLISH)